# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| **MARK SKILLMAN,** | ) |
|           **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO. 3:18-cv-176** |
| | ) |
| | )   *(Removed from Knox County Circuit Court,* |
| **SAFECO INSURANCE** | )   *Case No. 195637-3)* |
| **COMPANY OF ILLINOIS,** | ) |
| | ) |
|           **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through their respective counsel of record below, hereby jointly stipulate and request that the above-referenced action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear their own respective attorney's fees, costs and expenses, with remaining Court costs related to the federal filing, if any, to be paid by Defendant.

                                                **INMAN & STADLER**

                                                */s/ Michael C. Inman w/ permission BCN June 27, 2019*
                                                Michael C. Inman BPR #22858
                                                michael@inmanandstadler.com
                                                9111 Cross Park Drive
                                                Suite E290
                                                Knoxville, TN 37923
                                                (865) 470-4770

                                                *Attorneys for Plaintiff Mark Skillman*

**BURR & FORMAN LLP**

*/s/ Brian C. Neal*
BRIAN C. NEAL BPR #022532
bneal@burr.com
222 Second Ave. S., Ste. 2000
Nashville, Tennessee 37201
(615) 724-3234

*Attorneys for Defendant Safeco Insurance Company of Illinois*

**CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been filed electronically and served via the Court's electronic filing system, on this the 27th day of June, 2019. Parties may also access this filing through the Court's ECF system.

*/s/ Brian C. Neal*